1 Sima Fard (SBN 189051)
2 LAW OFFICES OF SIMA FARD
3 19900 MacArthur Boulevard, Suite 1150
  Irvine, CA 92612
4 Tel: (949) 476-7006
  Fax: (949) 476-0180
5
6 Attorneys for Plaintiff Nicole Cogdell and the putative class
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COGDELL, KAI HAWKINS, MIRIAM SAINT-HILAIRE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br>vs.<br><br>WET SEAL, INC. AND WET SEAL RETAIL, INC.,<br><br>　　　　Defendants. | Case No.: SACV-12-01138AG (ANx)<br>**[The Honorable, Andrew Guilford]**<br><br>**CLASS ACTION**<br><br>**NOTICE OF LIEN ON PLAINTIFF'S AND/OR CLASS COUNSEL'S ATTORNEYS' FEES AND COST** |

1 TO THE HONORABLE COURT, EACH PARTY AND THEIR ATTORNEYS
2 OF RECORD AND TO ALL OTHER PERSONS OR ENTITIES INTERESTED
3 IN THIS ACTION:

4     YOU ARE HEREBY NOTIFIED that Sima Fard of Law Offices of Sima
5 Fard was an attorney of record in this action with vested interest in any award of
6 attorneys' fees and costs to the Law Offices of Sima Fard (or any subsequent
7 derivative thereof). YOU ARE FURTHER NOTIFIED that, in accordance with
8 the terms of a written fee agreement between NICOLE COGDELL and Law
9 Offices of Sima Fard, and/or any subsequent Court Order awarding fees to the law
10 firms of Lewis, Feinberg, Lee, Renaker & Jackson, P.C., Gallagher, Schoenfeld,
11 Surkin, Chupein, & DeMis, P.C. or the NAACP legal Defense Fund, Inc. (or any
12 subsequent derivative), attorney Sima Fard has and claims a lien ahead of all
13 others, and on any judgment rendered, including any costs or expenses advanced
14 by Law Offices of Sima Fard.

16 DATED: July 17, 2012      LAW OFFICES OF SIMA FARD

19     By: _____
    Sima Fard, Esq.

NOTICE OF LIEN ON PLAINTIFF'S AND/OR CLASS COUNSEL'S
ATTORNEYS' FEES