UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICOLE COGDELL, et al.** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **THE WET SEAL, INC., et al.** ) <br> ) <br> **Defendants.** ) <br> ) <br> _____ ) | **CASE NO. SACV 12-1138 AG (ANx)** <br><br> **FINAL JUDGMENT** |

Under the Court's December 9, 2013, Order Granting Final Approval of Settlement ("Order") (Dkt. No. 117), it is hereby ORDERED that final judgment in this matter is entered in accordance with the Order and the Settlement it incorporates.

The above-captioned action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: December 20, 2013

_____
Andrew J. Guilford
United States District Judge