NANCY L. ABELL (SB# 088785)
nancyabell@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
now known as SEAL123, INC., SEAL123
RETAIL, INC., and SEAL123 GC, LLC

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE COGDELL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SEAL123, INC., *et al.*,[1] <br><br> Defendants. | CASE NO. 8:12-CV-01138-AG-AN <br><br> **DECLARATION OF NANCY L. ABELL IN SUPPORT OF NOTICE REGARDING SALE OF DEFENDANTS SEAL123, INC. (FORMERLY KNOWN AS THE WET SEAL, INC.), SEAL123 RETAIL, INC. (FORMERLY KNOWN AS THE WET SEAL RETAIL, INC.), AND SEAL123 GC, LLC (FORMERLY KNOWN AS WET SEAL GC, LLC)** <br><br> Judge: Hon. Andrew J. Guilford <br><br> Complaint Filed: July 12, 2012 <br><br> Final Class Action Approval Granted: December 9, 2013 |

---

[1] Defendants include Seal123, Inc. f/k/a The Wet Seal, Inc., Seal123 Retail, Inc. f/k/a The Wet Seal Retail, Inc., and Seal123 GC, LLC f/k/a Wet Seal GC, LLC.

| | |
|---|---|
| 1 | JAMES P. CARTER (SB# 150052) |
| | jamescarter@paulhastings.com |
| 2 | PAUL HASTINGS LLP |
| | 695 Town Center Drive |
| 3 | Seventeenth Floor |
| | Costa Mesa, CA 92626 |
| 4 | Telephone: (714) 668-6200 |
| | Facsimile: (714) 979-1921 |
| 5 | |
| | Attorneys for Defendants |
| 6 | now known as SEAL123, INC., SEAL123 |
| | RETAIL, INC., and SEAL123 GC, LLC |
| 7 | |
| 8 | |
| ... | |
| 28 | |

## DECLARATION OF NANCY L. ABELL

I, NANCY L. ABELL, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am a partner with the law firm of Paul Hastings LLP, attorneys of record for Defendants now known as SEAL123, INC., SEAL123 RETAIL, INC., and SEAL123 GC, LLC (formerly known as The Wet Seal, Inc., The Wet Seal Retail, Inc., Wet Seal GC, Inc., and Wet Seal GC, LLC ("Defendants" and/or "SEAL123, Inc., et al."). I have personal knowledge of the facts set forth in this Declaration, except those stated on information and belief, and if called as a witness, I would and could competently testify to all facts within my personal knowledge.

2. Exhibit 1 to this Declaration is a true and correct copy of the First Amended Joint Plan of Liquidation of Seal123, Inc. and Subsidiary Debtors and Their Official Committee of Unsecured Creditors, dated August 10, 2015, filed *In Re Seal123, Inc., et al.* (formerly known as *The Wet Seal, Inc.*), U.S. Bankruptcy Court, District of Delaware, Case No. 15-10081, filed as Bankruptcy Court Docket 969.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of December, 2015, at Los Angeles, California.

*/s/ Nancy L. Abell*
NANCY L. ABELL

#84569313